# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | |
|---|---|
| **CASCO MANUFACTURING SOLUTIONS, INC.,**<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**JAMES B. MOORE, et al.,**<br><br>　　　　Defendants. | Case No.<br><br>Judge<br><br>**<u>DECLARATION OF ROBERT GOLDEN</u>** |

I, Robert Golden, declare as follows:

1.　　I am the Chief Executive Officer of Defendant PatienTech, LLC ("PatienTech") in the above-captioned action. I am over the age of eighteen and competent to make this declaration, and I make this declaration based on my own knowledge.

2.　　PatienTech is a Delaware limited liability company.

3.　　No member of PatienTech is a resident of the State of Ohio.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 29, 2020.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Robert Golden