# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **CASCO MANUFACTURING SOLUTIONS, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**JAMES B. MOORE, et al.,**<br><br>Defendants. | Case No. 1:20-cv-583<br><br>Judge Timothy S. Black<br><br>**<u>DEFENDANT JAMES B. MOORE'S CONSENT TO AND JOINDER IN NOTICE OF REMOVAL</u>** |

Defendant James B. Moore, under 28 U.S.C. § 1446, hereby gives notice that he consents to and joins in the notice of removal filed by Defendant PatienTech, LLC, on or about July 29, 2020.

Dated: July 29, 2020

Respectfully submitted,

/s/ John E. Lange IV
John E. Lange IV (#0078933)
   *Trial Attorney*
LANGE, QUILL & POWERS, PLC
4 West Fourth Street, Suite 400
Newport, KY 41071
Telephone: (859) 279-0003
Facsimile: (859) 491-2128
lange4@lqplaw.com

ATTORNEYS FOR DEFENDANT
JAMES B. MOORE

## **CERTIFICATE OF SERVICE**

       The foregoing was filed electronically on July 29, 2020. Notice of this filing will be sent by operation of the Court's Electronic Filing System. Parties may access this filing through the Court's filing system. All parties not receiving electronic notices from the Court will be served by regular U.S. mail.

                                            /s/ John E. Lange IV
                                            John E. Lange IV (#0078933)